UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| CARL A. WESCOTT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22-cv-00714 |
| ROBERT J. BLOCK, DAVID M. ZEFF, FREDERICK C. FIECHTER IV, ROBERT N. WEAVER, MICHELLE KNUTSON, and NORA GIANNETTI, | ) ) ) ) Honorable Gary Feinerman ) ) |
| Defendants. | ) |

**DEFENDANT ROBERT N. WEAVER'S MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**

NOW COMES Defendant, Robert N. Weaver, by and through his attorneys, LEWIS BRISBOIS BISGAARD & SMITH, and for his Motion to Dismiss for Lack of Personal Jurisdiction, states as follows:

1. Plaintiff asserts this Court has jurisdiction to hear his claims against Defendant Robert N. Weaver ("Weaver") based on a federal question as to his claim under the Defend Trade Secrets Act and diversity of citizenship, extending supplemental jurisdiction over his various state law claims. [ECF 13, ¶¶ 12, 43, 48].

2. There is no dispute that Weaver resides and practices law in the State of California. [ECF 13, ¶ 4]

3. The Defend Trade Secrets Act does not authorize nationwide service of process that would confer jurisdiction over Weaver. *Mission Measurement Corp. v. Blackbaud, Inc.*, 287 F. Supp. 3d 691, 706 (N.D. Ill. Dec. 1, 2017).

4. As more fully explained in Weaver's Memorandum of Law in support of this Motion to dismiss, which is filed contemporaneously with this Motion, Plaintiff's allegations

1

regarding Weaver as insufficient on their face to establish this Court's personal jurisdiction over Weaver and, moreover, the allegations as to Weaver are demonstrably in error.

5. For the above stated reasons and those stated in the Memorandum of Law filed in support of this Motion, Plaintiff's claims against Weaver warrant dismissal with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(2).

WHEREFORE, Defendant Robert N. Weaver respectfully requests that this Court enter an order dismissing Plaintiff's claims as to Weaver in the Amended Complaint with prejudice, and grant any such other relief as this Court deems reasonable and just.

                                    Respectfully submitted,
                                    **ROBERT N. WEAVER**

                                By:   /s/ Anthony G. Barone
                                            One of his Attorneys

Anthony G. Barone (#6196315)
Zachary J. McGourty (#6331439)
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 W Adams St., Suite 300
Chicago, IL 60661
Phone: 312-463-3481
Fax:    312-345-1776
anthony.barone@lewisbrisbois.com
zachary.mcgourty@lewisbrisbois.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that I filed Defendant Robert N. Weaver's Motion to Dismiss for Lack of Personal Jurisdiction through the Court's CM/ECF system, which will cause electronic notification of this filing to be sent out to all counsel of record on August 3, 2022.

By:   /s/ Zachary J. McGourty
      Zachary J. McGourty

Anthony G. Barone (#6196315)
Zachary J. McGourty (#6331439)
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 W Adams St., Suite 300
Chicago, IL 60661
Phone: 312-463-3481
Fax:    312-345-1776
anthony.barone@lewisbrisbois.com
zachary.mcgourty@lewisbrisbois.com

3