CARL A. WESCOTT
8210 E. VIA DE LA ESCUELA
SCOTTSDALE AZ 85258
CARLWSOJ@GMAIL.COM
*IN PROPRIA PERSONA*
+1 936 937 2688

FILED
AUG 30 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

CARL A. WESCOTT,

    Plaintiff,

vs.

ROBERT N. WEAVER, ESQ., et al.

    Defendants.

Civil Action No. **1:22-cv-00714**

**PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE**

Plaintiff Carl A. Wescott, proceeding *pro se*, hereby dismisses Mr. Robert N. Weaver, esq., without prejudice, from this case.

_____
CARL A. WESCOTT

**PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE**