10-Oct-2022 10:25   From Carl Wescott. Phone #9369372688                FaxZero.com                    p.2

Case: 1:22-cv-00714 Document #: 28 Filed: 10/10/22 Page 1 of 4 PageID #:237



**FILED**
10/10/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**JH22CV714**

Monday, October 10th, 2022

Clerk of the Court for the Honorable Judge Gary S. Feinerman
United States District Court
District of Illinois - Northern District
Eastern Division
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604
Via fax +1 312 554 8479


Re: following Court order and submitting updated USM-285s for 1:22-cv-00714


Dear Clerk:

I'm a pro se Plaintiff who just received the Court Order in the mail to submit updated USM-285s for three of the Defendants in this case.

I apologize for missing the recent Court hearing; I thought it was going to be moved as we are still serving these three Defendants. That was my mistake.

As a pro se, I cannot file electronically. I served this one by mail upon the Court but fear the mail will not arrive at the Court in time for compliance with the Order (by Tuesday, October 11th, 2022).

Thus, I am also submitting these updated USM-285s by facsimile transmission in hopes of being in compliance with the Order.

Here is the USM-285 for Mr. Frederick C. Fiechter, IV.

I will send in the other two updated USM-285s as quickly as possible, thank you.

As always, thanks for your time and assistance.

Sincerely,


/s/ *Carl A. Wescott* <signed>

Carl A. Wescott  (carlwsoj@gmail.com and +1 936 937 2688
8210 E. via de la Escuela
Scottsdale, AZ 85258


1

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carl A. Wescott | 1:22-cv-00714 |
| DEFENDANT | TYPE OF PROCESS |
| Frederick C. Fiechter, IV | service of process (legal complaint) |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Frederick C. Fiechter, IV
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
96 Avenue del Norte, San Anselmo, CA 94960

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Carl A. Wescott, 8210 E. via de la Escuela, Scottsdale, AZ 85258 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 5 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Mr. Fiechter's cell phone number is +1 415 260 1576

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: +1 936 937 2688
DATE: 10/10/2022

*pro se plaintiff*

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | [ ] am [ ] pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

# INSTRUCTIONS FOR COMPLETING USM-285, PROCESS RECEIPT AND RETURN

- The Form USM-285 is a five-copy form set designed as a control document for process served by a U.S. Marshal or designee. Process may include, but is not limited to, a summons and complaint, subpoena, writ, or court order. The United States Marshals Service (USMS) is authorized by law (28 U.S.C. § 1921) to charge fees for the service of process. The amount of fees charged is established by regulation (28 C.F.R. § 0.114). Except in cases where the litigant has been granted permission by the court for waiver of prepayment of fees and costs, the USMS must request advance payment of the estimated fees and expenses for service of process.

- Please type or print legibly. Submit one copy of the Form USM-285 and one copy of each process for each individual, company, corporation, government agency, etc., to be served or property to be seized.

- In cases where the court has directed the USMS to effect service of a summons and complaint upon an officer or agent of the United States Government, submit a copy of the summons and complaint and Form USM-285 for each officer or agent upon whom service is desired. Submit two (2) additional copies of the summons and complaint for service upon the Government of the United States. The U.S. Marshal or designee will serve one copy upon the U.S. Attorney and will forward the other copy to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or designee certifies service on the U.S. Attorney and the U.S. Attorney General, regardless of whether other defendants on the summons were served). Failure to provide sufficient copies will delay service of the summons.

- Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the USMS in expediting service. You are responsible for providing accurate and sufficient information that will identify the individual or entity to be served or the property to be seized.

- If more than one item of process and Form USM-285 is submitted on a single case, the U.S. Marshal or designee will receipt for all of them on the first Form USM-285. You will receive for your records the "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the process is served, you will receive the "Notice of Service" copy. This copy will be identical to the return to the Clerk of the U.S. District Court.

- Upon completion of all services, you will receive a "Billing Statement" copy of Form USM-285. You should return this "Billing Statement" copy to the USMS, together with your payment, in the form of a certified or bank check payable to the U.S. Marshal, for any amounts still owed. Alternatively, the USMS will accept cash. The USMS will not accept personal checks.

\*\* INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY \*\*

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| October 10, 2022 at 6:27:20 AM EDT | FaxZero.com | 139 | 4 | Received |

10-Oct-2022  10:25     From Carl Wescott. Phone #9369372688                    FaxZero.com                       p.1

## Recipient Information

**To:** Clerk of the Court
**Company:** United States District Court
**Fax #:** 13125548479

## Sender Information

**From:** Carl Wescott
**Company:** Capital Ideas
**Email address:** carlwescott2022@gmail.com (from 94.205.213.234)
**Phone #:** 9369372688
**Sent on:** Monday, October 10 2022 at 6:24 AM EDT

faxZERO.com
send a fax for free

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #31832403. We will add your fax number to the block list.