** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| October 10, 2022 at 10:05:41 AM EDT | FaxZero.com | 117 | 4 | Received |

From: Carl Wescott. Phone #:9369372688 Mon Oct 10 14:03 2022 1 of 4

22CV714

faxZERO.com
send a fax for free

**Recipient Information**

**To: Dear Clerk**
**Company: United States District Court**
**Fax #: 13125548479**

**Sender Information**

**From: Carl Wescott**
**Company: Capital Ideas**
**Email address: carlwescott2022@gmail.com (from 94.205.213.234)**
**Phone #: 9369372688**
**Sent on: Monday, October 10 2022 at 9:59 AM EDT**

FILED
10/10/2022 JH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #31832963. We will add your fax number to the block list.

1/1

Monday, October 10th, 2022

Clerk of the Court for the Honorable Judge Gary S. Feinerman
United States District Court
District of Illinois - Northern District
Eastern Division
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604
Via fax +1 312 554 8479

Re: following Court order and submitting updated USM-285s for 1:22-cv-00714

Dear Clerk:

These were served in the mail, too, but won't get to the Court by Tuesday the 11th.

So I'm sending these in by fax, too, so I can comply with the Order.

Here are the USM-285s for Mr. David M. Zeff and for Ms. Michelle Knutson.

Thanks for your time and assistance.

Sincerely,

/s Carl A. Wescott <signed>

Carl A. Wescott (carlwsoj@gmail.com and +1 936 937 2688
8210 E. via de la Escuela
Scottsdale, AZ 85258

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carl A. Wescott | 1:22-cv-00714 |
| DEFENDANT | TYPE OF PROCESS |
| Michelle Knutson, et al | service of process (legal complaint) |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Michelle Knutson

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 20 Forest Ln, San Rafael, CA 94903

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Carl A. Wescott, 8210 E. via de la Escuela, Scottsdale, AZ 85258

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Ms. Kuntson's phone number is (415) 299-7465

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] C Wescott | ☒ PLAINTIFF ☐ DEFENDANT | +1 936 937 2688 | 10/10/2022 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time ☐ am ☐ pm |
|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>Carl A. Wescott | COURT CASE NUMBER<br>1:22-cv-00714 |
|---|---|
| DEFENDANT<br>David M Zeff, et al | TYPE OF PROCESS<br>service of process (legal complaint) |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
David M. Zeff

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Law Office of David M Zeff, 7 Pixley Ave, No 95, Corte Madera, CA 94925-1457

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| Carl A. Wescott, 8210 E. via de la Escuela, Scottsdale, AZ 85258 | Number of parties to be served in this case | 5 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

The California Bar lists Mr. Zeff's office as per the above address and his phone as +1 415-726-0000.

| Signature of Attorney other Originator requesting service on behalf of: [signature] | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER<br>+1 936 937 2688 | DATE<br>10/10/2022 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time ☐ am ☐ pm |
|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS