FILED
OCT 12 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CARL A. WESCOTT
8210 E. VIA DE LA ESCUELA
SCOTTSDALE AZ 85258
CARLWSOJ@GMAIL.COM
IN PROPRIA PERSONA
+1 936 937 2688

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CARL A. WESCOTT, <br><br> Plaintiff, <br><br> vs. <br><br> NORA GIANNINI, et al. <br><br> Defendants. | Civil Action No. **1:22-cv-00714** <br><br> **PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Carl A. Wescott, proceeding *pro se*, hereby dismisses Ms. Nora Giannini, without prejudice, from this case.

_____
CARL A. WESCOTT

**PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE**

566547X2708X1674XPRI
CARL A WESCOTT
8210 E Via de la Escuela
Scottsdale, AZ 85258



**First Class**
Accepted:
10/6/22, 11:01 PM (EDT-04:00)

6***************AUTO**MIXED AADC 480

Clerk of the Court, United States Distri
Everett McKinley Dirksen United States C
219 S Dearborn St
Chicago, IL 60604-1702

## Document Information:

1 page in the enclosed document

1 single sided sheet of paper

*This page was added by Docsmit and is not part of the document from the sender, which starts on the next page.*