

CARL A. WESCOTT
8210 E. VIA DE LA ESCUELA
SCOTTSDALE AZ 85258
CARLWSOJ@GMAIL.COM
*IN PROPRIA PERSONA*
+1 936 937 2688

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CARL A. WESCOTT,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT J. BLOCK;<br><br>    Defendants. | Civil Action No. **1:22-cv-00714**<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Carl A. Wescott, proceeding *pro se*, hereby notifies the Court that he and Defendant Block have signed a settlement agreement.

Because Mr. Block was employed by Mr. Zeff's law office, the Plaintiff and Mr. Block agree that Mr. Block should be indemnified by Mr. Zeff. Mr. Block has now twice requested that Mr. Zeff tender to his carrier for Mr. Block's defense, with the first request being on July 23rd, 2022. At this point, the Plaintiff is assuming that Mr. Zeff's carrier is shirking its duty to defend.

When the Plaintiff receives payment for Mr. Block, he will dismiss Mr. Block with prejudice.

_____
CARL A. WESCOTT, *pro se*

**NOTICE OF SETTLEMENT**

568427X759X628XPRI
CARL A WESCOTT
8210 E Via de la Escuela
Scottsdale, AZ 85258



First Class
Accepted:
10/14/22, 7:08 AM (EDT-04:00)

5***************AUTO**MIXED AADC 480

Clerk of the Court, United States Distri
Everett McKinley Dirksen United States C
219 S Dearborn St
Chicago, IL 60604-1702

**Document Information:**
- 2 pages in the enclosed document
- 2 single sided sheets of paper

*This page was added by Docsmit and is not part of the document from the sender, which starts on the next page.*

Friday, October 14th, 2022

Clerk of the Court
United States District Court
District of Illinois - Northern District
Eastern Division
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: Wescott versus Block, et al (1:22-cv-00714)

Dear Clerk:

Would you kindly file/docket this Notice of Settlement?

I certify under penalty of perjury that it has been served upon Mr. Block, the only Defendant that has been served that has not been dismissed.

As always, thanks for your time and assistance.

Sincerely,

Carl A. Wescott (carlwsoj@gmail.com)
8210 E. via de la Escuela
Scottsdale, AZ 85258
+1 936 937 2688

1