# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: CARL A. WESCOTT v. ROBERT J. BLOCK, et al.       Case Number: 22 CV 00714

An appearance is hereby filed by the undersigned as attorney for:
Defendant DAVID M. ZEFF

Attorney name (type or print): David M. Jenkins

Firm: The Jenkins Law Group, P.C.

Street address: 135 S. LaSalle Street, Suite 2200

City/State/Zip: Chicago, IL  60603

Bar ID Number: 6211230
(See item 3 in instructions)       Telephone Number: (312) 726-0666

Email Address: djenkins@thejenkinslawgroup.com

Are you acting as lead counsel in this case?         ✔ Yes    ☐ No

Are you acting as local counsel in this case?        ☐ Yes    ✔ No

Are you a member of the court's trial bar?           ✔ Yes    ☐ No

If this case reaches trial, will you act as the trial attorney?   ✔ Yes    ☐ No

If this is a criminal case, check your status.       ☐ Retained Counsel

                                                     ☐ Appointed Counsel
                                                       If appointed counsel, are you

                                                       ☐ Federal Defender
                                                       ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 01/18/2023

Attorney signature:   S/ David M. Jenkins
                      (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015