CARL A. WESCOTT
8210 E. VIA DE LA ESCUELA
SCOTTSDALE AZ 85258
CARLWSOJ@GMAIL.COM
IN PROPRIA PERSONA
+1 936 937 2688



FILED
JAN 18 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CARL A. WESCOTT,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DAVID M. ZEFF, ESQ.;<br>FREDERICK C. FIECHTER, IV;<br>MICHELLE KNUTSON;<br><br>　　　　　Defendants. | Civil Action No. **1:22-cv-00714**<br><br>**PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Carl A. Wescott, proceeding pro se, hereby dismisses Mr. David Zeff, Mr. Frederick C. Fiechter, and Ms. Michelle Knutson, without prejudice, from this case.

　　　　　　　　　　　　　　　　　　　　　*Carl A Wescott*
　　　　　　　　　　　　　　　　　　　　　Carl A. Wescott, pro se

**PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE**